**No. 56499.**—The Products Trading Corp. *v.* United States, protest 163019–K (New York).

Opinion by JOHNSON, J. At the trial it was conceded by counsel for the Government that the merchandise should have been classified at the rate claimed, and the memorandum of the collector to that effect was admitted in evidence. On the record presented the claim of the plaintiff was sustained.

**No. 56500.**—Halperin Shipping Co. *v.* United States, protest 174242–K (New York).

Opinion by JOHNSON, J. It was stipulated that the issue and merchandise herein are the same in all material respects as those involved in *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C. D. 358), except that in the liquidation of the entries covered by the instant protests, an allowance was made for gelatinous substance equal to 10 percent of the content of the tins, whereas there should have been a larger percentage allowed for the gelatinous substance. In accordance with stipulation of counsel and following the decision cited the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the cans, less such percentage allowance for the gelatinous substance contained in the respective tins, as set forth in the decision.

BEFORE THE FIRST DIVISION, MARCH 27, 1952

**No. 56501.**—Anco Import Corp. et al. *v.* United States, protests 138155–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56502.**—Air Clearance Ass'n, Inc., et al. *v.* United States, protests 178792–K (B), etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56503.**—Consumers Import Co., Inc., et al. *v.* United States, protests 175638–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.